IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Alaska Seaboard Partners
Limited Partnership
VS.
The Target Group Inc., et al.

CR/CIV/MISC 97-2239 CCC

RECEIVED & FILED
99 OCT-1 PM 2:
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## DESCRIPTION OF MOTION

DATE FILED:     DOCKET:         TITLE:

[ ] Plaintiff(s)    [ ] _____     Motion to Show Cause
[✓] Defendant(s) Marcelino Blanco and    d.e. 20
Sandra Magaz

### O-R-D-E-R

___ GRANTED.        ✓ DENIED. Having considered this motion
                    and paragraph 9 of plaintiff's
___ MOOT.           ___ NOTED. Motion in Compliance with Order
                    (d.e. 21), this action will proceed
                    in rem against movants Blanco and
                    Sagaz.

OTHER:

s/c M. Caban
C Betancourt

OCT - 1 1999

9/28/99
DATE

CARMEN CONSUELO CEREZO
United States District Judge

RECD.    TO JUDGE
OCT - 1 1999