IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Alaska Seaboard Partners
Limited Partnership
  vs.
The Target Group, Inc. et al



CR/CIV/MISC 97-2239(CCC)

RECEIVED & FILED
99 OCT -1 PM 2:__
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

---

## DESCRIPTION OF MOTION

DATE FILED:   DOCKET:        TITLE:
                             (1) Motion in Compliance With Order
[X] Plaintiff(s)   [ ] _____  and to Clarify ... (d.e. # 21)
[ ] Defendant(s)
                             (2) Motion Regarding Substitution of Parties
                             (d.e. # 22)

### O-R-D-E-R

__ GRANTED.        __ DENIED.

__ MOOT.           __ NOTED.

OTHER: (1) Motion in Compliance with Order ... etc — d.e. 21, Plaintiff is advised that the Minutes of May 5, 1999 notifying the pretrial and trial dates appear to have been notified to its attorney Mildred Cabán on 5/6/99. The Court, given plaintiff's statement denying receipt of said notice, resets the Pretrial Conference for the last time for
* October 22, 1999 at 4:45 P.M.

(2) Motion Regarding Substitution — d.e. 22, is Granted.

---

9/28/99
DATE

CARMEN CONSUELO CEREZO
United States District Judge

s/c G. Betancourt
   M. Cabán
        OCT -1 1999

RECD.    TO JUDGE
OCT -1 1999
BY