IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                December 1, 1999

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

ALASKA SEABOARD PARTNERS LIMITED
PARTNERSHIP

vs                                    CIVIL 97-2239CCC

THE TARGET GROUP, INC., et al

By order of the Court, plaintiff shall move within five (5) days after notice for entry of default against the defaulted defendants. Parties to be notified.

- Secretary