# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



ALASKA SEABOARD PARTNERS
LIMITED PARTNERSHIP

    VS.                                      CIVIL NO. 97-2239 (CC)

THE TARGET GROUP, INC.,
ET AL

*RECEIVED & FILED 1999 DEC 20 PM 1:22 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR*

## DESCRIPTION OF MOTION

DATE FILED: 12/17/99   DOCKET: #31   TITLE: MOTION FOR ENTRY OF
[X] Plaintiff(s)                                     DEFAULT
[ ] Defendant(s)

## O-R-D-E-R

DEFAULT OF THE TARGET GROUP, INC. AND JOSE E. ROSADO-PAZO, a/k/a EDUARDO ROSADO PAZO IS HEREBY ENTERED.

s/c G. Betancourt
M Cobán

DEC 20 1999

December 20, 1999                 FRANCES RIOS DE MORAN
       DATE                          CLERK OF THE COURT

                                  BY: _____
                                      LAURA R. NARVAEZ BEAUCHAMP
                                      DEPUTY CLERK