IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS               January 27, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge


ALASKA SEABOARD PARTNERS
LIMITED PARTNERSHIP

vs                                    CIVIL 97-2239CCC

THE TARGET GROUP, INC., et al


    By order of the Court, plaintiff is granted a final term of five (5) days after notice to request default judgment against the defendant in default. Failure to comply will result in dismissal without prejudice. Parties to be notified.

                                                                         - Secretary