IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BANKERS TRUST COMPANY OF
CALIFORNIA, N.A. as Trustee under the
indenture dated as of March 1, 1996 between
such Trustee and Wilshire Liquidating Trust
1996.1

Plaintiff

vs                                          CIVIL 97-2239CCC

THE TARGET GROUP, INC., MARCELINO
BLANCO-MENA a/k/a MARCELINO
BLANCO, his wife SANDRA MAGAZ-
ESCODA, and the conjugal partnership
constituted between them

Defendants



## PARTIAL JUDGMENT

Plaintiff's Motion for Partial Voluntary Dismissal (**docket entry 35**) is GRANTED and it is HEREBY ORDERED DISMISSED, with prejudice, plaintiff's claim for foreclosure of real property mortgage in the principal amount of $31,000.00 plus 10% interest per annum subscribed on March 16, 1989, guaranteed by mortgage constituted by deed number 24, executed in San Juan, Puerto Rico, on same date before notary public José R. Jiménez del Valle recorded at page 91, volume 201 of Santurce Sur, property number 6210, seventh inscription recorded at Registry of Property San Juan I Section.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on April 14th, 2000.

CARMEN CONSUELO CEREZO
United States District Judge