IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BANKERS TRUST COMPANY OF
CALIFORNIA, N.A. as Trustee under the
indenture dated as of March 1, 1996 between
such Trustee and Wilshire Liquidating Trust
1996.1

Plaintiff

vs                                              CIVIL 97-2239CCC

THE TARGET GROUP, INC., MARCELINO
BLANCO-MENA a/k/a MARCELINO
BLANCO, his wife SANDRA MAGAZ-
ESCODA, and the conjugal partnership
constituted between them

Defendants

## AMENDED PARTIAL JUDGMENT NUNC PRO TUNC

Plaintiff's Motion for Partial Voluntary Dismissal (**docket entry 35**) and the previous Motion for Dismissal of Action as to the Blancos (**docket entry 27**), are GRANTED. It is therefore, ORDERED AND ADJUDGED that plaintiff's foreclosure action against Marcelino Blaco-Mena, a/k/a Marcelino Blanco, his wife, Sandra Magaz-Escoda, and the conjugal partnership constituted by them is DISMISSED, with prejudice.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on April 28, 2000.

CARMEN CONSUELO CEREZO
United States District Judge