IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS				July 28, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

ALASKA SEABOARD PARTNERS
LIMITED PARTNERSHIP
Plaintiff						CIVIL 97-2239CCC

vs

THE TARGET GROUP, INC., et al
Defendant

---

By order of the Court, having considered plaintiff's Motion Requesting Leave to File and Tendering Supplemental Complaint (**docket entry 39**), the same is Granted.

Parties to be notified.

- Law Clerk