IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS              September 29, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

ALASKA SEABOARD PARTNERS
LIMITED PARTNERSHIP
Plaintiff                                         CIVIL 97-2239CCC

vs

THE TARGET GROUP, INC., et al
Defendant

By order of the Court, the docket shall reflect that the Motion Submitting Plaintiff's Proposed Pretrial and Motion to Convert Pretrial Conference to Status Conference (**docket entry 25**), is MOOT. The Motion Requesting Appointment of Special Master and Submitting Proposed Judgment (**docket entry 28**), is denied as premature. The Motion in Compliance with Court Order (**docket entry 34**), is noted.

s/c C. Betancourt
M. Cabán
9-29-00
                                              - Law Clerk