### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

BANKERS TRUST COMPANY OF
CALIFORNIA, N.A. as Trustee under
the indenture dated as of March 1,
1996 between such Trustee and
Wilshire Liquidating Trust 1996.1

Plaintiff

vs                                          CIVIL 97-2239CC

THE TARGET GROUP, INC., MARCELINO
BLANCO-MENA a/k/a MARCELINO
BLANCO, his wife SANDRA MAGAZ-
ESCODA, and the conjugal partnership
constituted between them

Defendants



## O R D E R

Having considered the Motion for Dismissal of Action as to the Blancos and for Default Judgment as Against the other Co-defendants filed by plaintiff on October 22, 1999 (**docket entry 27**), the same is DENIED without prejudice of renewing said motion with a new statement containing a correct balance of the amount owed.

SO ORDERED.

At San Juan, Puerto Rico, on September 30, 2000.

CARMEN CONSUELO CEREZO
United States District Judge

s/cC Belancourt
M Carban

OCT - 6 2000

AO 72A
(Rev.8/82)