# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

BANKERS TRUST COMPANY OF
CALIFORNIA, N.A. as Trustee under
the indenture dated as of March 1,
1996 between such Trustee and
Wilshire Liquidating Trust 1996.1

Plaintiff

vs                                               CIVIL 97-2239CCC

THE TARGET GROUP, INC., MARCELINO
BLANCO-MENA a/k/a MARCELINO
BLANCO, his wife SANDRA MAGAZ-
ESCODA, and the conjugal partnership
constituted between them

Defendants

## ORDER TO SHOW CAUSE

After examining the Supplemental Complaint filed on July 20, 2000 (**docket entry 41**), that is based on events which plaintiff understands resulted in the unjust enrichment of José E. Rosado-Pazo in the sum of $21,032.68 plus interest, plaintiff is ORDERED TO SHOW CAUSE why the same should not be dismissed without prejudice of filing an independent action against Mr. Rosado-Pazo. A review of the amended complaint and the record of this case reveals that the claim of unjust enrichment against Mr. Rosado-Pazo is not an integral part of the foreclosure and collection of monies action. The allegations fo the supplemental complaint



CIVIL 97-2239CCC                                  2

against Mr. Rosado-Pazo are based upon an independent claim against him, separate from the original claim. Plaintiff is hereby GRANTED the term of ten (10) days after notice to comply with the terms of this Order.[1]

SO ORDERED.

At San Juan, Puerto Rico, on October 16, 2000.

CARMEN CONSUELO CEREZO
United States District Judge

s/c C. Betancourt
µ Cabán

OCT 19 2000

---

[1] The Motion Requesting Issuance of Summons (**docket entry 42**) will be held in abeyance until this Order is complied with.