IN ThE UNITED STATES DISTRICT CoURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS              March 9, 2001

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

BANKERS TRUST COMPANY OF
CALIFORNIA, N.A., etc.

Plaintiff

vs                                  CIVIL 97-2239CCC

THE TARGET GROUP, INC., et al

Defendants

By order of the Court, plaintiff's Motion Reiterating Default Judgment against the Target Group, Inc. (**docket entry 38**) is MOOT. The docket shall so reflect.

~~ - Secretary



MAR 1 3 2001

