IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BANKERS TRUST COMPANY OF
CALIFORNIA, N.A. as Trustee under
the indenture dated as of March 1,
1996 between such Trustee and
Wilshire Liquidating Trust 1996.1

Plaintiff

vs                                                          CIVIL 97-2239CCC

THE TARGET GROUP, INC., MARCELINO
BLANCO-MENA a/k/a MARCELINO
BLANCO, his wife SANDRA MAGAZ-
ESCODA, and the conjugal partnership
constituted between them

Defendants
_____

## JUDGMENT

Upon application for judgment, and it appearing from the records of the above-entitled cause that default was entered by the Clerk of this Court against co-defendant The Target Group Inc. for its failure to plead or file an answer to the complaint, or otherwise appear in the above cause, against which plaintiff is entitled to a judgment by default, and the Court fully advised in the premises,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Target Group Inc. as debtor pay unto the plaintiff Alaska Seaboard Partners Limited Partnership the sum of NINETY ONE THOUSAND NINE HUNDRED AND SEVENTEEN DOLLARS ($91,917.00) in principal, EIGHTY FOUR THOUSAND EIGHT HUNDRED AND FORTY FOUR DOLLARS AND FORTY-FOUR CENTS ($84,844.44) in accrued


AO 72A
(Rev.8/82)



CIVIL 97-2239CCC                                          2

interest which continues to accrue until full payment at the rate of 2.5% plus the Citibank, N.A. New York prime rate per annum, TWELVE THOUSAND ONE HUNDRED AND NINETY DOLLARS AND SEVENTY-FOUR CENTS ($12,190.74) in late charges and forced placed insurance plus legal costs, expenses and disbursements incurred by plaintiff and TWELVE THOUSAND FIVE HUNDRED DOLLARS ($12,500.00) in attorney's fees as established in the promissory note.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on March 15, 2001.

CARMEN CONSUELO CEREZO
United States District Judge